■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HARVEY, Appellant.—Judgment unanimously affirmed.

Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.